# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty-five,

United States of America,

        Appellee,

v.

Juan Taveras,

        Defendant - Appellant.

**ORDER**
Docket No: 22-2885

Counsel for APPELLEE has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 11, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before March 11, 2026.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court